amend his pleading. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

MARGARET WARNER, as Administratrix, etc., of WILLIAM WARNER, Deceased, Appellant, v. EMPIRE STATE RAILROAD CORPORATION, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concurred.

WILLIAM H. WINTERS, Respondent, v. J. CLARENCE LEVINE, Appellant. — Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

FRANK H. HEBBLETHWAITE, Appellant, v. CHARLES R. FLINT and WALLACE B. FLINT, Respondents. — Order resettling order of affirmance signed. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

FRANK H. HEBBLETHWAITE, Appellant, v. CHARLES R. FLINT and WALLACE B. FLINT, Respondents. — Motion for leave to appeal to the Court of Appeals denied, without costs. Present — Mills, Putnam, Blackmar, Kelly and Jaycox, JJ.

FRANK H. HEBBLETHWAITE, Appellant, v. CHARLES R. FLINT and WALLACE B. FLINT, Respondents. — Defendants' motion of March eleventh, for further resettlement of order of affirmance, denied, without costs. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

THOMAS E. KANE, an Infant, by THOMAS H. KANE, His Guardian ad Litem, Appellant, v. ERIE RAILROAD COMPANY, Respondent. — Motion granted, with ten dollars costs. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOHN A. KINGSBURY, as Commissioner of Public Charities of the City of New York, on the Complaint of KATHERINE WARNOCK, Respondent, v. DEWEY MCGUIRE, Appellant. — Motion denied. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

GEORGE MOSKOWITZ, Appellant, v. HENRY DAVIDSON, Respondent. — Motion to dismiss appeal granted, with ten dollars costs. Present — Jenks, P. J., Putnam, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HENRY ALFANI, Appellant. — Motion granted. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ. Order to be settled on notice.

JOSEPH GORDON, an Infant, by JOSEPH J. GORDON, His Guardian ad Litem, Respondent, v. JOSEPH I. GRADY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

JOSEPH J. GORDON, Respondent, v. JOSEPH I. GRADY, Appellant. — Judgment unanimously affirmed, with costs. No opinion. Present — Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ.

ARTHUR S. HOYT, Appellant, v. ESTELLE CARROLL HOYT, Respondent. — Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Mills, Putnam, Blackmar and Kelly, JJ., concurred.

ANNA LESSER, Appellant, v. LOUIS N. LESSER, Respondent. — Order affirmed, without costs. No opinion. Jenks, P. J., Mills, Rich, Blackmar and Jaycox, JJ., concurred.